UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-61780-MORENO

**EMILY FULLER**,

     Plaintiff,

vs.

**DOC POPCORN, LLC,**
a foreign limited liability company,

     Defendant.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff EMILY FULLER, through undersigned counsel and pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal, without prejudice, of the above-styled case against Defendant, Doc popcorn, LLC.

DATED:  August 26, 2019

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com


By____*s/ Roderick V. Hannah*_____
     RODERICK V. HANNAH
     Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: pduran@pelayoduran.com


By ___*s/ Pelayo M. Duran*_____
     PELAYO M. DURAN
     Fla. Bar No. 0146595

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of August, 2019, a true and correct copy of the foregoing has been filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on the parties as listed in the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

Justin C. Sorel, Esq.
COLE SCOTT KISSANE
222 Lakeview Avenue, Suite 120
West Palm Beach, FL  33401
(561) 383-9229
E-mail:  justin.sorel@csklegal.com

*Attorneys for Defendant*
*Doc Popcorn, LLC*

/s/ *Roderick V. Hannah*
Roderick V. Hannah